UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

PHILIP YU, CAN HUI ZHEN,
JOHN HIN, WEI LUN ZHOU
and CHRISTY TAN,

        Defendants.
_____/

NO. CR. S-06-337   FCD

<u>ORDER</u>

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned; and

2. All currently scheduled dates in the above-captioned action are **VACATED**.

IT IS SO ORDERED.

DATED: August 25, 2006.

          /s/ Frank C. Damrell Jr.
          FRANK C. DAMRELL, Jr.
          UNITED STATES DISTRICT COURT

1 | This case is reassigned to United States District Judge Edward J. Garcia.
2 | IT IS SO ORDERED.
3 | DATED: 8/25/2006

_____
DAVID F. LEVI
Chief United States District Judge