Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
tew@warrinerlaw.com

Attorney for defendant,
JOHN HIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    2:06-cr-0337-EJG
                                )
              Plaintiff,        )    STIPULATION AND ORDER
                                )    CONTINUING STATUS
       v.                       )    CONFERENCE AND EXCLUDING
                                )    TIME
                                )
Phillip Yu, *et al,*            )
                                )
              Defendants.       )
_____  )

It is hereby stipulated by the defendants through their undersigned counsel, and the

United States, through its undersigned counsel, that the status conference now set for October 6,

2006 be continued without appearance to **November 3, 2006 at 10:00 a.m.**

The parties further stipulate that time continue to be excluded pursuant to the Speedy

Trial Act, 18 U.S.C. §3161(h)(8)(B)(ii) (Local Codes T2 and T4) until November 3, 2006 due to

the complexity of the case based upon the government's representation that over 13,000

marijuana plants have been found at approximately 21 independent grow sites, and to allow

counsel sufficient time to prepare including time to obtain and review additional discovery

materials.

\\

\\

1

DATED: October 2, 2006

/s/ Robert M. Twiss, Assistant U.S. Attorney,
For the Government

/s/ Tim Warriner, Attorney for defendant
JOHN HIN

/s/ Christopher H. Wing, Attorney for defendant,
PHILIP YU

/s/ William Bonham, Attorney for defendant,
CHRISTY TAN

/s/ Robert Holley, Attorney for defendant,
WEI LUN ZHOU

2

1

2                                    <u>ORDER</u>

3          GOOD CAUSE APPEARING and upon the stipulation of the parties,

4          IT IS HEREBY ORDERED THAT the status conference now set for October 6, 2006 is

5    vacated and the matter is set for a status conference on November 3, 2006 at 10:00 a.m.

6          Further, the Court finds that the defendants' need for additional time to prepare exceeds

7    the public interest in a trial within 70 days, and therefore the interests of justice warrant a further

8    exclusion of time until the hearing on November 3, 2006 and based upon that finding, the Court

9    continues to exclude time, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(ii) based

10   on the complexity of the case (Local Code T2) and to allow sufficient time for counsel to prepare

11   (Local Code T4), until the next appearance, on November 3, 2006.

12

13   DATED:   October 3, 2006              /s/ Edward J. Garcia_____

14                                        UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          3