IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILIP YU, et al.,<br><br>    Defendants.<br>_____/ | CR. NO. S-06-0337 EJG |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ZHI HUE XUE, et al.,<br><br>    Defendants.<br>_____/ | CR. NO. S-06-0390 EJG |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WEI JEI MA, et al.,<br><br>    Defendants.<br>_____/ | CR. NO. S-07-0025 WBS<br><br><u>RELATED CASE ORDER; ORDER SETTING STATUS CONFERENCE</u> |

1

Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123.  The actions arise out of the same law enforcement investigation and present common factual and legal issues.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action entitled Cr. No. S-07-0025 WBS is hereby reassigned to Judge Edward J. Garcia for all further proceedings.  All dates set in this case before Judge Shubb are VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Cr. No. S-07-0025 EJG.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS FURTHER ORDERED that a status conference in Cr. No. S-07-0025 EJG will be held at 10:00 a.m., March 2, 2007.  A proposed stipulation and order resetting the status conference to any Friday in March at 10:00 a.m. may be submitted to the court

for consideration.  Any such stipulation and order shall set forth a basis for appropriate excludable time, must have the prior approval of the court's staff interpreter, and should be presented to the court 72 (seventy-two) hours prior to the date of the scheduled status conference.

IT IS SO ORDERED.

February 21, 2007          /s/ Edward J. Garcia
                           EDWARD J. GARCIA, JUDGE
                           UNITED STATES DISTRICT COURT