1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Street, 2nd Flr., Ste. A
3  Sacramento, California 95814
   Telephone:  (916) 557-1113
4

5

6  **IN THE UNITED STATES DISTRICT COURT FOR THE**

7  **EASTERN DISTRICT OF CALIFORNIA**

8
9  UNITED STATES OF AMERICA,   )   CR. No. **S-06-337 EJG**
                               )
10              Plaintiff,     )   STIPULATION AND ORDER
           v.                  )
11                             )
                               )
12 CHRISTY TAN, et al,         )
                               )
13              Defendants.    )
   _____)

14
15     The defendants, through their undersigned counsel, and the
16 United States, through its undersigned counsel, agree and
17 stipulate that the status conference hearing currently scheduled
18 for Friday, August 17, 2007, should be vacated and continued
19 until Friday, September 28, 2007, at 10:00 a.m..
20     Further continuance is necessary due to AUSA Robert Twiss
21 being out of the office until next week as well as further time
22 to allow defense counsel sufficient time to meet with and advise
23 their respective clients with regard to entry of pleas.  Both
24 remaining defendants, Christy Tan and Wei Lun Zhou have entered
25 extensive negotiations with the Government involving immunity
26 pleas, however there has been delay in further negotiations due
27 to due to counsel schedules. As to Defendant Tan, due to language
28 and cultural barriers, further time is needed to fully explain
   the negotiations and the Federal Sentencing Guidelines and other

1  Federal legal procedures, including the mandatory minimums.
2  Attorney Robert Holley, has authorized his signature for this
3  stipulation for continuance.   On August 15, 2007, AUSA Heiko
4  Coppallo, on behalf of AUSA Robert Twiss, agreed to the requested
5  continuance for the stated reasons and authorized his signature
6  to the

7      The parties further agree and stipulate that time should be
8  excluded under the Speedy Trial Act due to needs of counsel to
9  prepare [Local Code T4] and due to the complexity of the case
10 [Local Code T2] up to and including September 28, 2007.

11     Accordingly, the defendants and the United States agree and
12 stipulate that the status conference should be continued until
13 10:00 a.m. on Friday, September 28, 2007.  Furthermore, the
14 Defendants and the United States agree and stipulate that the
15 needs of counsel to advise their respective clients exceed the
16 needs of the public for a trial within 70 days, so that the
17 interests of justice warrants a further exclusion of time.
18 Dated: August 15, 2007

```
                                McGREGOR W. SCOTT
                                United States Attorney

                                  /s/ Heiko Coppallo
                            By:_____
                                HEIKO COPPALLO for ROBERT M. TWISS
                                Assistant U.S. Attorney
```

Dated: August 15, 2007

```
                                CHRISTY TAN
                                Defendant


                                By:/s/William E. Bonham
                                WILLIAM BONHAM
                                Counsel for Defendant
```

Dated: August 15, 2007
                                WEI LUN ZHOU
                                Defendant


                            By:/s/ Robert M. Holley
                                ROBERT M. HOLLEY
                                Counsel for Defendant


                            **ORDER**

   IT IS SO ORDERED.  This matter is continued until 10:00 a.m. on Friday, September 28, 2007 for further status and the status conference date of August 17, 2007 is vacated.

   I find that the continuance is necessary to allow defense counsel sufficient time to meet with and advise their respective clients regarding their plea.  I further find that the needs of counsel to evaluate the plea and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] and due to the complexity of the case as previously found [Local Code T2]up to and including September 28, 2007.


Dated: August 16, 2007

                                /s/ Edward J. Garcia
                                _____
                                EDWARD J. GARCIA
                                Senior U.S. District Judge