William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd FL., Ste. A
Sacramento, California 95814
Telephone:  (916) 557-1113


### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. **S-06-337 EJG** |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| CHRISTY TAN, et al, | |
| Defendants. | |

        The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Friday, September 28, 2007, at 10:00 a.m., should be vacated and continued until Friday, October 12, 2007, at 10:00 a.m. for Entry of Plea.

        The parties have verbally reached a Plea Agreement after extensive negotiations and conference by Counsel with Defendant Tan in San Francisco with the court appointed interpreter. However, further continuance is necessary to prepare the written Plea Agreement and to meet with defendant with the interpreter to review and sign the agreement.  Codefendant Wei Lun Zhou has negotiated a plea as a result of settlement with Defendant Tan and is requiring additional time for preparation and review of the written plea agreement.

On September 26, 2007 both AUSA Robert Twiss and Attorney Robert Holley agreed to the requested continuance for the stated reasons and authorized their signatures to this stipulation.

The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [Local Code T4] and due to the complexity of the case [Local Code T2] up to and including October 12, 2007.

Accordingly, the defendants and the United States agree and stipulate that the status conference should be continued for entry of plea to Friday, October 12, 2007 at 10:00 a.m..


Dated: September 26, 2007

                              McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Robert m. Twiss
                           By:_____
                              ROBERT M. TWISS
                              Assistant U.S. Attorney

Dated: September 26, 2007

                              CHRISTY TAN
                              Defendant

                           By:/s/William E. Bonham____
                              WILLIAM BONHAM
                              Counsel for Defendant

Dated: September 26, 2007
                              WEI LUN ZHOU
                              Defendant

                           By:/s/ Robert M. Holley____
                              ROBERT M. HOLLEY
                              Counsel for Defendant

2

## ORDER

**IT IS SO ORDERED.**  This matter is continued until 10:00 a.m. on Friday, October 12, 2007 for Entry of Plea and the status conference date of September 28, 2007 is vacated.

I find that the  continuance is necessary to allow for preparation of the written plea agreements reached by counsel defense counsel and to allow sufficient time to meet with and advise heir respective clients regarding their plea and review and explain the written plea agreements with necessary court appointed interpreters.  I further find that the needs of counsel to evaluate the plea and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.  Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] and due to the complexity of the case as previously found [Local Code T2]up to and including October 12, 2007.


Dated: September 27, 2007


                                 /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 Senior U.S. District Judge

3