McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br><br>PHILIP YU, et al,<br><br>          Defendants.<br>_____ | CR. No. S-06-337 EJG<br><br>GOVERNMENT'S EX PARTE MOTION FOR ORDER AUTHORIZING THE DESTRUCTION OF EVIDENCE - 28 U.S.C. § 1651 |

   Government agents executed search warrants at approximately 23 residences in Elk Grove and Sacramento in August of 2006. Agents found sophisticated in-door marijuana grows in all of the houses. Each house had been modified to by-pass the electrical meters, and to allow for free flow of air between rooms, and to be vented to the outside. Each room in each house had growing trays constructed with water timers and high powered electrical lights to mimic the day-night cycle. All the windows had been boarded over from the inside to make it appear as if the drapes were drawn.

   Agents seized all of the equipment in the houses. Typically this included eight 1,000 watt halogen bulbs per room, typically

four or five rooms per house, plus electrical ballasts to store power for the 1,000 watt bulbs, fans, blowers, irrigation equipment, and the like.  The seized equipment fills several room sized storage lockers, and has been in the custody of the United States since August of 2006.

Five defendants have been charged in this indictment.  Four of the defendants have pled guilty.  The fifth defendant is a fugitive, and according to witness reports has fled to the Peoples Republic of China, from which he is not expected to return to face charges.

Continued storage of the seized equipment is burdensome to DEA, both in terms of cost and the necessity to maintain the security on the property.  Agents have photographed everything, and are maintaining the photos of all the equipment.

The United States hereby moves for an order authorizing the destruction of all the stored equipment.  If the fugitive ever returns to face charges, or if additional defendants are added to this indictment pursuant to a superseding indictment, the defendants will have the photographs of the grow houses and photographs of all the grow equipment available to them in discovery. In addition, DEA intends to retain one of each item per house as a representative sample of the equipment.  For example, if there were thirty-two 1,000 watt halogen bulbs in each of the 23 houses, DEA will retain one bulb per house.  If there were two or more varieties of any given type of equipment, DEA will retain one sample of each per house.

///

///

     WHEREFORE, the United States requests pursuant to the All Writs Act, Title 28, United States Code, Section 1651, that this Court issue an order authorizing the destruction of the seized equipment, as set forth above.

Dated: January 15, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                         /s/ Robert M. Twiss
                                   By:_____
                                        ROBERT M. TWISS
                                        Assistant U.S. Attorney

                             ORDER

     IT IS SO ORDERED.  The United States is authorized to destroy the physical evidence seized is in the above captioned case, subject to the requirement to keep photographs of all equipment which is destroyed, and to keep one sample of each item of equipment per grow location.

Dated: January 22, 2008
                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        Senior U.S. District Judge