BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

**FILED**

MAR 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: | Case No. 2:06-CR-0337 EJG |
| Arrest Warrants | MOTION & PROPOSED ORDER TO UNSEAL ARREST WARRANTS |

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Heiko P. Coppola, it is hereby

**ORDERED**

That the order unsealing the Arrest Warrants for CAN HUI ZHEN, SIMING ZHU, AND DENNIS HOU HUAN YANG in the above-entitled matter be immediately unsealed.

Date: March 2, 2010

_____
HONORABLE EDMUND F. BRENNAN
U.S. Magistrate Judge