| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | HEIKO P. COPPOLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP YU, ET.AL. ,<br><br>Defendants. | CASE NO. 2:06-CR-0337 WBS<br><br>UNITED STATES' EX PARTE MOTION FOR ORDER AUTHORIZING DESTRUCTION OF EVIDENCE AND [PROPOSED ORDER] |

## **MOTION**

Government agents executed search warrants at approximately 23 residences in Elk Grove and Sacramento, California in or about August 2006. Agents found sophisticated in-door marijuana grows in all of the houses and seized the growing equipment within the houses and the kept presentative samples of the marijuana plants. The original indictment, which was returned on August 17, 2006, charged five defendants, four of whom pleaded guilty and were sentenced. On September 10, 2009, the United States obtained a superseding indictment charging four additional defendants, two of whom resolved their case by guilty plea or trial. Dennis Yang, Siming Zhu and Can Hui Zhen are fugitives with active bench warrants from the Court.

By previous order, dated January 22, 2008 (ECF #96), the Court authorized the United States to destroy the physical evidence, subject to keeping photographs of all equipment which was destroyed and to keep one sample of each item of equipment per grow location. Since the entry of the 2008 order, the

1 DEA has maintained storage of the sample items of equipment and representative samples of marijuana.
2 Continued storage of the sample items, including the marijuana, is burdensome to the DEA both in terms
3 of cost and the necessity to maintain security of the property.  The marijuana samples have deteriorated
4 to the point of having no evidentiary value.  Agents previously photographed all of the equipment seized
5 and maintain those photographs.

6 The United States hereby moves for an order authorizing the destruction of the remaining stored
7 marijuana growing equipment and any remaining marijuana samples.  If any of the fugitives in this case
8 return to face charges, they will have photographs of the grow houses and photographs of all the grow
9 equipment available to them in discovery.

10 WHEREFORE, the United States requests pursuant to the All Writs Act, Title 28 United States
11 Code, Section 1651, that this Court issue an order authorizing the destruction of the remaining
12 equipment and marijuana samples.

Dated:  August 15, 2017                                     PHILLIP A. TALBERT
                                                            United States Attorney


                                                      By:   /s/ HEIKO P. COPPOLA
                                                            HEIKO P. COPPOLA
                                                            Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:06-CR-0337 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| PHILIP YU, ET.AL. , | ) |
| Defendants. | ) |

**ORDER**

Pursuant to the ex parte motion filed by the United States, the Court hereby orders that the United States is authorized to destroy the remaining stored marijuana growing equipment and any remaining marijuana samples.

Dated: August 16, 2017.

EDMUND F. BRENNAN
U.S. Magistrate Judge

[PROPOSED] ORDER